UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAWN LYNCH,

    Plaintiff,

v.

MATTERPORT, INC.,

    Defendant.

No. C 22-03704 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting summary judgment, final judgment is hereby entered in favor of defendant Matterport, Inc., and against plaintiff Shawn Lynch. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: November 20, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE