UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN LYNCH on behalf of himself and all other person similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>MATTERPORT, INC, a Delaware corporation; RJ PITTMAN, DAVE GAUSEBECK, MATT BELL, CARLOS KOKRON, PETER HERBERT, JASON KIKORIAN, and MIKE GUSTAFSON,<br><br>    Defendants. | No. 22-cv-03704-WHA<br><br>**FINAL JUDGMENT** |

For the reasons stated in the accompanying order denying leave to file third amended complaint (Dkt. No. 126), final judgment is hereby entered in favor of defendant and against plaintiff. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: February 2, 2024.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE